# UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF ALABAMA

#### OFFICE OF THE CLERK

#### POST OFFICE BOX 711

#### MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                          TELEPHONE (334) 954-3600

June 15, 2006

# NOTICE OF REASSIGNMENT

RE:    Douglas E. Martin v. Liberty Mutual Ins. Co.
       Civil Action  No. 2:06cv514-VPM

The above-styled case has been reassigned to District Judge Myron H. Thompson.

Please  note that the case number is now 2:06cv514-MHT.   This new case number should be used on all future correspondence and pleadings in this action.

Sincerely,

Sheryl K. Lent
Deputy Clerk