IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DOUGLAS E. MARTIN, | * |
| Plaintiff, | * |
| v. | * CV No. 2:06cv514MHT |
| LIBERTY MUTUAL INSURANCE COMPANY, a corporation, | * |
| Defendant. | * |

## REPORT OF THE PARTIES' PLANNING MEETING

1. <u>Appearances</u>: Pursuant to Fed.R.Civ.P. 26(f), a conference of the parties' representatives was conducted on June 20, 2006 with the following appearances of counsel:

   (a) Appearing on behalf of Plaintiff:

   Dwayne L. Brown, Esquire

   (b) Appearing on behalf of Defendants:

   Richard B. Garrett, Esquire

2. <u>Pre-Discovery Disclosures.</u> The parties will exchange by July 14, 2006, the information required by Federal Rules Civil Procedure 26(a)(1).

3. <u>Discovery Plan.</u> The parties jointly propose to the court the following discovery plan:

   (a) Discovery will be needed on the following subjects: liability, damages, Defendants' affirmative defense, party depositions and factual depositions. All discovery commenced in time to be completed by April 20, 2007.

    (b)    Maximum of 45 interrogatories by each party to any other party. Responses due 30 days after service.

    (c)    Maximum of 30 requests for production of documents, including subparts, by each party to any other party. Responses due 30 days after service.

    (d)    Maximum of 25 requests for admissions by each party to any other party. Responses due 30 days after discovery.

    (e)    Maximum of 6 depositions by plaintiff and 6 by defendant.

    (f)    Each deposition, other than of a party, limited to a maximum of 8 hours unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) due:

    From Plaintiff by: October 31, 2006.

    From Defendant by: January 31, 2007.

4.    <u>Other Items.</u>

    (a)    The parties do not request a scheduling conference prior to the entry of the Scheduling Order.

    (b)    The parties request a pretrial conference in April, 2007.

    (c)    Plaintiff should be allowed until September 29, 2006, to join additional parties and until March 30, 2007 to amend the pleadings.

    (d)    Defendants should be allowed until January 31, 2007, to join additional parties and until April 30, 2007, to amend the pleadings.

    (e)    All potentially dispositive motions must be filed by February 28, 2007.

    (f)    Settlement cannot be evaluated prior to the substantial completion of discovery. However, the parties recognize the usefulness of potential

mediation and will evaluate on an ongoing basis the need for Alternative Dispute Resolution means as discovery progresses.

(g) Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

From Plaintiff by: 30 days before trial.

From Defendant by: 30 days before trial.

Parties should have 7 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

(h) <u>Trial</u>:  This case will be ready for trial during the term commencing May 14, 2007.

Trial is expected to last 2-3 days.

s/ Dwayne L. Brown
Dwayne L. Brown (ASB BRO149)

**Law office of Dwayne L. Brown, P. C.**
P. O. Box 230205
Montgomery, Alabama 361234
Telephone: 334/277-3757
Facsimile: 334/277-3613
E-Mail: dbrown@dbrownatty.com

**ATTORNEY FOR PLAINTIFF**

s/ Richard B. Garrett
Richard B. Garrett
      Bar Number: (ASB-0782-A29R)

RUSHTON, STAKELY, JOHNSTON

& GARRETT, P.A.
Post Office box 270
Montgomery, Alabama 36101-0270
Telephone:  334/206-3100
Fax:  334/263-4157
E-mail:rbg@rsjg.com

**ATTORNEY FOR DEFENDANT**