**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 28, 2006

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:     Douglas E. Martin v. Liberty Mutual Insurance Company
Case Number: 2:06-cv-514-MHT

Pleading : #6 - Report of Rule 26(f) Planning Meeting

Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 6/27/2006 with an attorney's signature which is not in compliance with the Administrative Procedures for Civil Cases for the Middle District of Alabama.

The corrected pdf document is attached to this notice.