IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DOUGLAS E. MARTIN, | ) |
| | ) |
|    Plaintiff, | ) |
| | )    CIVIL ACTION NO. |
| v. | )    2:06cv514-MHT |
| | ) |
| LIBERTY MUTUAL INSURANCE | ) |
| COMPANY, a corporation, | ) |
| | ) |
|    Defendant. | ) |

### ORDER

It is ORDERED that the motion to extend dispositive-motion cutoff (Doc. No. 9) is denied.  The motion is grossly tardy because it comes even after the deadline has passed.  Cf. Uniform Scheduling Order (Doc. No. 8), ¶ 9(B) ("Absent stated unforeseen and unavoidable circumstances beyond the control of the movant, ... 'eleventh hour' extension requests and motions will be denied outright.")

DONE, this the 1st day of March, 2006.

                                         /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE